[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 334.]

DICKE ET AL., APPELLANTS, *v.* SAFECO INSURANCE COMPANY, APPELLEE.

[Cite as *Dicke v. Safeco Ins. Co.*, 2001-Ohio-65.]

*Insurance—Homeowner's insurance policy that provides limited liability coverage for vehicles not subject to motor vehicle registration is not a motor vehicle liability policy and is not subject to the requirement of former R.C. 3937.18 to offer uninsured and underinsured motorist coverage—Court of appeals' judgment affirmed on authority of Davidson v. Motorists Mut. Ins. Co.*

(No. 01-343—Submitted March 28, 2001—Decided April 11, 2001.)

CERTIFIED by the Court of Appeals for Allen County, No. 1-2000-64.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Davidson v. Motorists Mut. Ins. Co.* (2001), 91 Ohio St.3d 262, ___ N.E.2d ___.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

————————————

*Gooding, Huffman, Kelley & Becker, L.L.C., T. Blain Brook II* and *Lawrence A. Huffman*, for appellants.

————————————